IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** :
: CRIMINAL ACTION
**VS.** :
: NO: 05-190-03
**ANGEL SANCHEZ** :

## ORDER

**AND NOW**, on this **5th** day of **September, 2018,** after being advised that the Defendant is no longer incarcerated, it is hereby **ORDERED** that Defendant Angel Sanchez's motion for reduction of sentence pursuant to 18 USC § 3582(c)(2) and Amendment 782 (ECF #184) is **DISMISSED** as moot.

**IT IS SO ORDERED.**

                                              s/Eduardo C. Robreno
                                              **EDUARDO C. ROBRENO, J.**

9/5/18 mailed by Chambers:
    Pro Se A. Sanchez